UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erick Douglas Rodriguez,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURTY,<br><br>　　　Defendant. | Case No. 2:24-cv-06287-AH-SSC<br><br>|**PROPOSED**| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND EIGHT HUNDRED AND 00/100 ($6,800.00) as authorized by 28 U.S.C. § 2412 ), and costs in the amount of FOUR HUNDRED AND FIVE dollars ($405) under 28 U.S.C. §1920 be awarded subject to the terms of the Stipulation.

　　　IT IS SO ORDERED.

DATE: April 1, 2025

　　　　　　　　　　　　　　　　　　HON. STEPHANIE S. CHRISTENSEN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE